# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS BURLINSKI and MATTHEW MILLER on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>      Plaintiffs,<br><br>v.<br><br>TOP GOLF USA INC., TOPGOLF USA SALT CREEK, LLC, and TOPGOLF USA NAPERVILLE, LLC,<br><br>      Defendants. | Case No. _____<br><br>Removal from the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois<br><br>Case No.: 2019L000263 |

### DECLARATION OF JASON CLARK IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

I, Jason Clark, hereby declare and state as follows:

1. I am Assistant General Counsel for Top Golf USA Inc., TopGolf USA Salt Creek, LLC and TopGolf USA Naperville, LLC (collectively, "Topgolf"). This declaration is based on my personal knowledge and business records regarding Topgolf's state of incorporation, principal place of business, and residency of all limited liability company members, which are kept in the regular course of Topgolf's business. This declaration is also based on my personal knowledge of Topgolf's operations and employees located in the State of Illinois.

2. Top Golf USA Inc. is a citizen of Delaware and Texas. It was incorporated in Delaware and its principal place of business is in Dallas, Texas.

3. Top Golf USA Inc. is the sole member of TopGolf USA Salt Creek, LLC. Top Golf USA Inc. is a citizen of Delaware and Texas. It was incorporated in Delaware and its principal place of business is in Dallas, Texas.

4. TG Holdings I, LLC is the sole member of TopGolf USA Naperville, LLC. Both of the managers of TG Holdings I, LLC are citizens of Texas and reside in Dallas, Texas.

5. Topgolf employs at least 205 hourly individuals in the State of Illinois who use the equipment at issue in this lawsuit.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 9, 2019

40181759.1