# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THOMAS BURLINSKI and MATTHEW MILLER on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TOP GOLF USA INC., TOPGOLF USA SALT CREEK, LLC, and TOPGOLF USA NAPERVILLE, LLC,<br><br>　　　　　Defendants. | Case No. 1:19-cv-06700<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Young B. Kim |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

　　For the reasons stated in their accompanying Memorandum of Law, Plaintiffs, on behalf of themselves and the settlement class they seek to represent, move this Court to grant preliminary approval of the proposed class action settlement. Attached as Exhibit A to this Motion is a proposed Preliminary Approval Order, which Plaintiffs will also email to the Court's proposed order email address. Defendants do not oppose this Motion.

Dated: June 4, 2021

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/Zachary C. Flowerree
　　　　　　　　　　　　　　　　　　　　　*One of Plaintiffs' Attorneys*

　　　　　　　　　　　　　　　　　　　　　Douglas M. Werman
　　　　　　　　　　　　　　　　　　　　　dwerman@flsalaw.com
　　　　　　　　　　　　　　　　　　　　　Zachary C. Flowerree
　　　　　　　　　　　　　　　　　　　　　zflowerree@flsalaw.com
　　　　　　　　　　　　　　　　　　　　　**Werman Salas P.C.**
　　　　　　　　　　　　　　　　　　　　　77 W. Washington Street, Suite 1402
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　(312) 419-1008

David Fish
dfish@fishlawfirm.com
Mara Baltabols
mara@fishlawfirm.com
**The Fish Law Firm, P.C.**
200 East 5th Avenue, Suite 123
Naperville, IL 60563
(630) 355-7590

*Attorneys for Plaintiffs and
Others Similarly Situated*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on June 4, 2021, which will serve a copy on all counsel of record.

/s/ *Zachary C. Flowerree*
*One of the Attorneys for Plaintiffs*