**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOMAS BURLINSKI and MATTHEW MILLER on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>            Plaintiffs,<br>  v.<br><br>TOP GOLF USA INC., TOPGOLF USA SALT CREEK, LLC, and TOPGOLF USA NAPERVILLE, LLC,<br><br>            Defendants. | Case No. 1:19-cv-06700<br><br>Judge Edmond E. Chang<br><br>Magistrate Judge Young B. Kim |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons stated in their accompanying Memorandum of Law, Plaintiffs, on behalf of themselves and members of the Settlement Class, request that the Court grant final approval of the parties' class action settlement and enter their proposed Final Approval Order, which is attached to this Motion as Exhibit A.[1]

                                                                                       Respectfully submitted,

Dated: October 6, 2021                                   /s/Zachary C. Flowerree
                                                                            *One of the Attorneys for Plaintiffs and the Settlement Class*

                                                                            Douglas M. Werman
                                                                            dwerman@flsalaw.com
                                                                            Zachary C. Flowerree
                                                                            zflowerree@flsalaw.com
                                                                            **Werman Salas P.C.**
                                                                            77 W. Washington Street, Suite 1402
                                                                            Chicago, IL 60602

---

[1] Plaintiffs will also email the proposed Final Approval Order to the Court's proposed order email address.

(312) 419-1008

David Fish
dfish@fishlawfirm.com
Mara Baltabols
mara@fishlawfirm.com
**Fish Potter Bolaños, P.C.**
200 East 5th Avenue, Suite 123
Naperville, IL 60563
(630) 355-7590

*Attorneys for Plaintiffs and
the Settlement Class*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served on Defendants' counsel of record via the Court's electronic case filing system on the date reflected in the Court's electronic case filing records.

   /s/Zachary C. Flowerree