# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Thomas Burlinski, et al.
                              Plaintiff,

v.                                                       Case No.: 1:19−cv−06700
                                                      Honorable Edmond E. Chang

Top Golf USA Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 13, 2021:

       MINUTE entry before the Honorable Edmond E. Chang:Telephone status hearing held on the final approval for class action settlement. Counsel for the parties appeared by telephone. Counsel for Plaintiffs reported there have been no objections or opt−outs received since the filing of the motion for final approval. Plaintiffs' motion for final approval of class action settlement [100] is granted. Plaintiffs' motion for attorneys' fees, litigation costs, Settlement Administrator costs, and service awards [99] is granted. The Gross Fund of $2,633,400.00 as set forth in the Settlement Agreement is a fair, reasonable, and adequate settlement of the claims. The Court awards $22,366 to the Settlement Administrator. The Court awards Settlement Class Counsel $865,345.00 in attorney fees and $35,158.78 in litigation costs, which are payable from the Gross Fund as described in the Settlement Agreement. The Court awards Settlement Class Representatives Thomas Burlinski and Matthew Miller $7,500.00 each as Service Awards, which are payable from the Gross Fund as described in the Settlement Agreement. Counsel for Plaintiffs to file a status report, by 04/11/2022, reporting on the number of uncashed checks and the dollar amount that will go to the Illinois Treasurer's unclaimed property fund. If the mailing does not happen in time for the filing, then Plaintiffs should file a concise extension motion of the deadline. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.